**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASEY J. O'CONNELL and BECKY A. O'CONNELL,<br><br>         Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>         Defendants. | 3:11-cv-685-RCJ-WGC<br><br>**ORDER** |

On September 13, 2011, Plaintiffs Casey and Becky O'Connell filed a complaint in Nevada state court against Defendants JPMorgan Chase Bank, N.A.; La Salle Bank, N.A.; Washington Mutual Bank, F.A.; and California Reconveyance Company (collectively "Defendants"). (Compl. (#1-2) at 1). The complaint contains three causes of action related to the foreclosure of Plaintiffs' home. (*Id.* at 9-12). The complaint was later removed to this Court on September 22, 2011. (Pet. for Removal (#1)).

Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on June 18, 2012. (Mot. to Dismiss (#14)). Plaintiffs failed to respond to the motion to dismiss.

Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Plaintiffs here failed to file a response to Defendants' motion to dismiss. Under Nevada Local Rule 7-2(d), Plaintiffs are therefore deemed to consent to the granting of the motion. Accordingly, the Court dismisses the complaint with prejudice.

1 | For the foregoing reasons, IT IS ORDERED that Defendants' motion to dismiss (#14)
2 | is GRANTED and the action is DISMISSED WITH PREJUDICE.

4 | DATED: This __3rd__ day of August, 2012.

_____
United States District Judge